United States District Court
Southern District of Texas

**ENTERED**
June 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE DAVID CUERO TORRES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-04068 |
| | § | |
| RANDY TATE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## <u>ORDER OF DISMISSAL</u>

The petitioner, Jose David Cuero Torres, filed this petition to challenge his ongoing immigration detention. Respondents advise the Court that Petitioner was removed from the United States on June 11, 2026. Doc. No. 13, 13-1. Petitioner does not dispute that he has been removed and that this case is now moot.

Because Petitioner is no longer in custody and there is no viable controversy, his petition must be dismissed as moot. *See Spencer v. Kemna*, 118 S. Ct. 978, 983 (1998) (holding that a case becomes moot if it "no longer present[s] a case or controversy under Article III, § 2 of the Constitution" because "[t]he parties must continue to have a 'personal stake in the outcome' of the lawsuit'") (quoting *Lewis v. Cont'l Bank Corp.*, 110 S. Ct. 1249, 1254 (1990)).

Therefore, the Court **ORDERS** as follows:

1. This habeas petition is **DISMISSED** without prejudice as **MOOT.**

2. All pending motions, if any, are **DENIED as MOOT.**

1 / 2

3.  This case is **CLOSED**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this _____26ᵗʰ_____ day of June 2026.


ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE